# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>Cameron Gerald LUDWICK,<br><br>     Defendant. | Case No.: '25 MJ2324<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 4, 2025, within the Southern District of California, Cameron Gerald LUDWICK, did knowingly and intentionally import 500 grams and more, to wit: approximately 42.90 kilograms (94.58 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Eric Velazquez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 5th day of May 2025.

_____
Hon. Mitchell D. Dembin
United States Magistrate Judge

## STATEMENT OF FACTS

On May 4, 2025, at approximately 7:50 PM, Cameron Gerald LUDWICK ("LUDWICK"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #9. LUDWICK was the driver and sole occupant of a 2015 Chev Colorado ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from LUDWICK. The CBPO noticed the vehicle had few crossings. LUDWICK stated he was visiting his girlfriend in Mexico. The CBPO conducted an inspection on the vehicle and noticed the spare tire felt too solid. Another CBPO utilized a density meter on the spare tire and received high readings. LUDWICK and the vehicle were referred to secondary for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the door panels, spare tire, and gas tank of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the interior of the vehicle.

Further inspection of the vehicle resulted in the discovery of 55 packages concealed in the doors and spare tire of the vehicle, with a total approximate weight

1

of 42.90 kgs (94.59 lbs).  A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

LUDWICK was placed under arrest at approximately 8:28 PM.

LUDWICK was arrested and charged with a violation of Title 21, United States Code, Sections 952 and 960, importation of a controlled substance.

2